FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 02 2021  ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Mohamed ali Jama,

Plaintiff(s),

v.

King County police,

Defendant(s).

CASE NO. **21-CV-1621 RSM**
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☒ Yes  ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mohamed ali Jama
Street Address: 308 4th Ave
City and County: Apt: 903
State and Zip Code: Seattle, WA 98104
Telephone Number: 206-856-8954

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

B.  Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number

Defendant No. 2

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number

Defendant No. 3

- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number

COMPLAINT FOR A CIVIL CASE - 2

Defendant No. 4

    Name                                   _____

    Job or Title *(if known)*      _____

    Street Address              _____

    City and County          _____

    State and Zip Code      _____

    Telephone Number     _____

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

COMPLAINT FOR A CIVIL CASE - 3

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b.  If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b.  If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*) _____.

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

COMPLAINT FOR A CIVIL CASE - 4

|   |   |
|---|---|
| 1 | 3.   The Amount in Controversy. |
| 2 | The amount in controversy-the amount the plaintiff claims the defendant owes or the |
| 3 | amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*): |
| 4 | _____ |
| 5 | _____ |
| 6 | _____ |
| 7 |   |
| 8 | III.   STATEMENT OF CLAIM |
| 9 | *Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.* |
| 10 | *State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or* |
| 11 | *conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.* |
| 12 | So much damage be in Jail |
| 13 | With out seen doctor dismis Case. |
| 14 | When I did not break the law at begining. |
| 15 | IV.   RELIEF |
| 16 | State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing |
| 17 | at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, |
| 18 | and the reasons you claim you are entitled to actual or punitive money damages. |
| 19 | I need Jusice |
| 20 | I ask so many time |
| 21 | What they did to me. King County police |
| 22 | V.   CERTIFICATION AND CLOSING |
| 23 | Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my |
| 24 | knowledge, information, and belief that this complaint: (1) is not being presented for an improper |

COMPLAINT FOR A CIVIL CASE - 5

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-2-2021.
Signature of Plaintiff: mahamed ali Jama
Printed Name of Plaintiff: _____

Date of signing: 12-2-2021.
Signature of Plaintiff: mahamed Jama
Printed Name of Plaintiff: _____

Date of signing: 12-2-2021.
Signature of Plaintiff: mahame ali Jama
Printed Name of Plaintiff: _____

COMPLAINT FOR A CIVIL CASE - 6