UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHAMED ALI JAMA,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY POLICE,<br><br>Defendant. | Case No. C21-1621-RSM<br><br>ORDER TO SHOW CAUSE |

*Pro se* Plaintiff Mahamed Ali Jama has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #4. The Complaint was posted on the docket on December 8, 2021. Dkt. #5. Summons has not yet been issued.

Mr. Jama brings suit against "King County Police" using a form complaint. Dkt. #5. The facts and requested relief in this Complaint are not written in an intelligible fashion. For the "Basis of Jurisdiction," Mr. Jama has failed to check either the federal question box or diversity of citizenship box and has left the rest of the section entirely blank. *Id*. at 3–5. Under "Statement of Claim," Mr. Jama states "So much damage be in jail. With out seen doctor dismis [sic] case. When I did not break tha [sic] law at beginning." *Id*. at 6. The Court cannot understand what Mr. Jama is saying here. Under the section for "Relief," Mr. Jama states only "I need justice I ask so many time [sic]. What they did to me King County police." *Id*. At the end of the Complaint, where the form he is using includes three signature lines for multiple plaintiffs, Mr. Jama signs this document three times.

ORDER TO SHOW CAUSE - 1

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

As an initial matter, the Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There are almost no facts or coherent citations to law. Mr. Jama fails to state a claim against the named Defendant. Plaintiff's Complaint appears to suffer from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

In Response to this Order, Mr. Jama must write a short statement telling the Court (1) the laws upon which his claims are based, (2) the facts giving rise to those claims, and (3) why this case should not be dismissed as frivolous. **This Response may not exceed six (6) pages**. Mr. Jama is not to file additional pages as attachments. The Court will take no further action in this case until Mr. Jama has submitted this Response.

Accordingly, the Court hereby finds and ORDERS that Mr. Jama shall file a Response to this Order to Show Cause containing the detail above **no later than twenty-one (21) days from the date of this Order**. Failure to file this Response will result in dismissal of this case.

DATED this 21st day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 2