UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHAMED ALI JAMA, | Case No. C21-1621-RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| KING COUNTY POLICE, | |
| Defendant. | |

    *Pro se* Plaintiff Mahamed Ali Jama has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #4. The Complaint was posted on the docket on December 8, 2021. Dkt. #5. Summons has not yet been issued.

    On January 21, 2022, the Court issued an Order to Show Cause why this case should not be dismissed for failing to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). Dkt. #6. The Court gave Mr. Jama 21 days to file a response, warning that failure to respond "will result in dismissal of this case." *Id*. at 2. Mr. Jama has failed to file a timely response.

    Mr. Jama brings suit against "King County Police" using a form complaint. Dkt. #5. The facts and requested relief in this Complaint are not written in an intelligible fashion. For the "Basis of Jurisdiction," Mr. Jama has failed to check either the federal question box or diversity

ORDER OF DISMISSAL - 1

of citizenship box and has left the rest of the section entirely blank. *Id*. at 3–5. Under "Statement of Claim," Mr. Jama states "So much damage be in jail. With out seen doctor dismis [sic] case. When I did not break tha [sic] law at beginning." *Id*. at 6. The Court cannot understand what Mr. Jama is saying here. Under the section for "Relief," Mr. Jama states only "I need justice I ask so many time [sic]. What they did to me King County police." *Id*. At the end of the Complaint, where the form he is using includes three signature lines for multiple plaintiffs, Mr. Jama signs this document three times.

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

Mr. Johnson's Complaint fails to set forth a claim for relief as required by Federal Rule of Civil Procedure 8(a). There are almost no facts or coherent citations to law. Mr. Jama fails to state a claim against the named Defendant. The Court finds that this Complaint suffers from deficiencies that require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's claims are DISMISSED and this case is CLOSED.

DATED this 22nd day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2